### MAGID v. WESTMORELAND, et al.

(Circuit Court of Appeals, Fifth Circuit. October 6, 1926.)

No. 4900.

Appeal from the District Court of the United States for the Northern District of Georgia; Samuel H. Sibley, Judge.

For opinion below, see 15 F.(2d) 884.

Daniel W. Rountree, Clifford L. Anderson, and Edgar Watkins, all of Atlanta, Ga., for appellant.

H. H. Dean, of Gainesville, Ga., for appellees.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. This is an appeal from a decree refusing an interlocutory injunction restraining the further prosecution of a suit instituted by the appellees in a Georgia state court. This injunction was sought on the ground that the suit in the state court involved an attack on a decree of the court under which property in the court's custody by its receiver was sold. For reasons sufficiently stated in the opinion rendered by the District Judge (15 F.[2d] 884), we think that the state court suit did not involve any attack on or impeachment of the decree of sale, and that the prosecution of that suit was not subject to be enjoined.

The decree to that effect is affirmed.